No. 02–1196. SECURITIES AND EXCHANGE COMMISSION *v.* EDWARDS. C. A. 11th Cir. Motions of North American Securities

Administrators Association, Inc., Florida Department of Financial Services et al., and Public Investors Arbitration Bar Association, Inc., for leave to file briefs as *amici curiae* granted. Certiorari granted. 